IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| GREGORY KONRATH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:17-CV-017 |
| | ) | |
| SUPERINTENDENT, | ) | |
| | ) | |
| Respondent. | ) | |

## **OPINION AND ORDER**

This matter is before the Court on the Petition under 28 U.S.C. Paragraph 2254 for Writ of Habeas Corpus filed by Gregory Konrath, a pro se prisoner, on January 3, 2017. For the reasons set forth below, this case is **DISMISSED** for want of jurisdiction.

DISCUSSION

Gregory Konrath, a pro se prisoner, filed a habeas corpus petition challenging the prison disciplinary hearing (WCC 16-08-144) where a disciplinary hearing officer (DHO) at the Westville Correctional Facility found him guilty of Violating State Law in violation of A-100. This is not the first time that Konrath has brought a habeas corpus petition challenging that hearing. In *Konrath v. Superintendent*, 3:16-CV-809 (N.D. Ind. filed November 25, 2016), he challenged this same proceeding. In that case, the court dismissed the petition pursuant to Habeas Corpus Rule 4 because the ground presented was meritless.

As such, this is an unauthorized successive petition over which this court has no jurisdiction. *See* 28 U.S.C. § 2244(b)(3)(A). "A district court <u>must</u> dismiss a second or successive petition, without awaiting any response from the government, unless the court of appeals has given approval for its filing." *Nunez v. United States*, 96 F.3d 990, 991 (7th Cir. 1996) (emphasis in original). Here, Konrath has not obtained authorization from the Seventh Circuit to file a successive petition.

CONCLUSION

For the reasons set forth above, this case is **DISMISSED** for want of jurisdiction.

**DATED: January 9, 2017**  /s/Rudy Lozano, Judge
**United States District Court**